UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | DOCKET NO: 3:19CR83 |
| V. | ) | ORDER |
| | ) | |
| GUSTAVO PENALOZA 0- 3 | ) | |
| | ) | |

This **MATTER** is before the Court on its own Motion to administratively close the case as to **GUSTAVO PENALOZA.** The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, ORDERED that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: October 26, 2022

Frank D. Whitney
United States District Judge