IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 3:19-cr-83-FDW |
| v. | |
| GUSTAVO PENALOZA | **ORDER** |

This matter is before the Court upon the Motion to Dismiss the case as to Defendant Gustavo Penaloza in the above-captioned case filed by the United States.

**IT IS THEREFORE, ORDERED** that the bill of indictment as to Defendant Gustavo Penaloza in the above-captioned case is hereby dismissed.

**SO ORDERED.**

Signed: March 26, 2024

Frank D. Whitney
United States District Judge